## STANDARD DREDGING CORP. *v.* ALABAMA.

No. 332.   Decided October 24, 1960.

*Eberhard P. Deutsch, René H. Himel, Jr.* and *Malcolm W. Monroe* for appellant.

*MacDonald Gallion,* Attorney General of Alabama, *Guy Sparks,* Special Assistant Attorney General, and *William H. Burton,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.